UNITED STATES of America,
Plaintiff–Appellee,

v.

Jose Luis SERRANO–ANETI,
Defendant–Appellant.

No. 03–50543.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Dec. 29, 2004.

Joseph H. Gay Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Jaime E. Gandara, El Paso, TX, for Defendant–Appellant.

Before JOLLY, HIGGINBOTHAM, and GARZA, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Jose Luis Serrano–Aneti has filed a motion to withdraw and a brief pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Serrano–Aneti has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue in this direct appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsi-

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

bilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.